IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Spencer Neal,

    Plaintiff,

  v.                              Case No. 2:19-cv-829

The Pilsner Boys, LLC d/b/a
The Elevator Brewing and
Draught Haus, et al.,

    Defendants.

ORDER

This matter is before the court for consideration of the April 23, 2019, report and recommendation of the magistrate judge, recommending that plaintiff's motion and amended motion for leave to proceed in this action *in forma pauperis* be denied.

The parties were advised that the failure to object to the report and recommendation "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 7, p. 4. The deadline for filing objections has passed, and no objections were filed.

The court agrees with the report and recommendation (Doc. 7), and it is hereby adopted. The motion for leave to proceed *in forma pauperis* (Doc. 2) and the amended motion for leave to proceed *in forma pauperis* (Doc. 6) are denied.

Date: May 14, 2019                        s/James L. Graham
                                            James L. Graham
                                            United States District Judge